The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHERLY BAIR,

    Plaintiff,

vs.

SNOHOMISH COUNTY et al.,

    Defendants.

Case No. 2:19-cv-00998-BJR

ORDER GRANTING PLAINTIFF'S
MOTION TO MODIFY
SCHEDULING ORDER

The Court hereby ORDERS that the deadlines for Joining Additional Parties and Filing Amended Pleadings are moved to January 31, 2020.

IT IS SO ORDERED this 27th day of September, 2019.

*Barbara J. Rothstein*
Honorable Barbara J. Rothstein
United States District Judge

Dated this 26th day of September, 2019.

                        _s/Darryl Parker_
                        **Darryl Parker**, WSBA #30770
                        *Attorney for Plaintiff*

ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY
SCHEDULING ORDER (Case No. 2:19-cv-00998-BJR) - 1

**Civil Rights Justice Center, PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

**CERTIFICATE OF SERVICE**

I, Martha Girma, under penalty of perjury under the laws of the State of Washington, declare as follows:

I am a legal assistant at the Civil Rights Justice Center, PLLC, and am over the age of 18. On the date and in the manner indicated below, a true and correct copy of [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER and this CERTIFICATE OF SERVICE was filed and served with the above-entitled Court.

DATED: this 26th day of September, 2019, at Seattle, Washington.

                                  *s/ Martha Girma*
                                  **Martha Girma**, Legal Assistant

ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER (Case No. 2:19-cv-00998-BJR) - 2

**Civil Rights Justice Center, PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183