The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERYL BAIR, an individual,<br><br>               Plaintiff,<br><br>  vs.<br><br>SNOHOMISH COUNTY, et al.,<br><br>               Defendants. | NO. C19-998-BJR<br><br>JOINT STIPULATED MOTION AND ORDER REGARDING ADDITIONAL PRETRIAL DEADLINES |

COMES NOW Defendants Snohomish County, Olyntia Sewell, Jodi Martin, Taylor Jones, Robert Ogawa, Scott Lewis, Scott Warnken, and Chicara Chesney, by and through their counsel of record, Deputy Prosecuting Attorneys Katherine H. Bosch and Bridget E. Casey; and Defendant Hamadi Sisawo, by and through his counsel of record, Jennifer Smitrovich and Emory Wogenstahl; and Plaintiff, by and through her counsel of record, Darryl Parker; and in addition to those dates previously ordered in:

(1) Order Setting Trial Date & Related Dates (Dkt. #13);

(2) Order Granting Plaintiff's Motion to Modify Scheduling Order (Dkt. #19);

(3) This Court's Minute Order dated March 16, 2020 (Dkt. #35);

JOINT STIPULATED MOTION AND ORDER REGARDING
ADDITIONAL PRETRIAL DEADLINES - 1
C19-998-BJR

**SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

(4) Judge Rothstein's Standing Order for Civil Cases (dated and signed October 6, 2016); and

(5) The Federal Rules of Civil Procedure,

the parties hereby stipulate and mutually agree to the following additional pretrial deadlines:

| | |
|---|---|
| Deadline for FILING motions related to discovery:<br>*(see LCR 7(d)(3) re. filing and noting dates)*<br>***See Judge Rothstein's Standing Orders, ¶ III (pg. 3) prior to filing these motions.*** | **August 26, 2020** |
| All Dispositive Motions Must be FILED by:<br>*(see LCR 7(d for filing requirements)* | **September 28, 2020** |
| Deadline for Mediation/Settlement Conference per CR 39.1(c)(2):<br>*(**voluntary** per LCR 39.1(a)(4), unless ordered by the Court, per LCR 39.1(a)4; see also CR 39.1(c)(3))* | **October 26, 2020** |
| Plaintiff's Proposed Pretrial Statement to Defendants by:<br>*(per LCR 16(h))* | **December 28, 2020** |
| Defendants' Proposed Pretrial Statement to Plaintiff by:<br>*(per LCR 16(i)* | **January 6, 2021** |
| Deadline to Meet and Confer re. Completing Joint Pretrial Statement:<br>*(per LCR 16(k))* | **January 15, 2021** |
| Deadline for all Motions *in Limine* to be NOTED by (***file with the court and all parties no later than January 21, 2021***):<br>*(see Fed. CR 7(d)(4) for specific instructions)* | **February 5, 2021** |
| Proposed Joint Voir Dire, Proposed Joint Jury Instructions, and Verdict Forms due:<br>***See Judge Rothstein's Standing Orders, ¶ VIII(D) (pg. 8) for specific instructions on this issue.*** | **January 25, 2021** |
| Original (in a Notebook) and Three (3) Bound Copies of Trial Exhibits due to the Court:<br>***NOTE: See Judge Rothstein's Standing Orders, ¶ VIII(B) (pg. 6) for specific instructions on this issue.*** | **February 22, 2021** |
| Original and Three (3) Copies of Each Party's Witness & Exhibit Lists due to the Court:<br>***NOTE: See Judge Rothstein's Standing Orders, ¶ VIII(B) (pg. 6) for specific instructions on this issue.*** | **February 22, 2021** |

JOINT STIPULATED MOTION AND ORDER REGARDING
ADDITIONAL PRETRIAL DEADLINES - 2
C19-998-BJR

**SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

| | | |
|---|---|---|
| 1 | DATED this  10th  day of April 2020. | DATED this  10th  day of April 2020. |
| 2 | FAIN ANDERSON VanDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC | ADAM CORNELL Snohomish County Prosecuting Attorney |
| 4 | By:  /s/ Emory C. Wogenstahl | By:  /s/ Katherine Bosch |
| 5 | JENNIFER SMITROVICH, WSBA #37062 | BRIDGET CASEY, WSBA # 30459 KATHERINE BOSCH, WSBA #43122 |
| 6 | EMORY C. WOGENSTAHL, WSBA #53864 | Deputy Prosecuting Attorney |
| 7 | *Attorneys for Defendant Hamadi Sisawo* | *Attorney for Defendants Snohomish County, Olyntia Sewell, Jodi Martin, Taylor Jones, Robert Ogawa, Scott Lewis, Scott Warnken, and Chicara Chesney* |

DATED this  10th  day of April, 2020.

CIVIL RIGHTS JUSTICE CENTER, PLLC

By:  /s/ Darryl Parker
DARRYL PARKER, WSBA #30770
*Attorney for Plaintiff Virgil Armstrong*

JOINT STIPULATED MOTION AND ORDER REGARDING ADDITIONAL PRETRIAL DEADLINES  - 3
C19-998-BJR

**SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION**
**Robert J. Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333

# ORDER

IT IS SO ORDERED that the parties' Joint Stipulated Motion Regarding Additional Pretrial Deadlines is APPROVED and GRANTED. In addition to the dates previously ordered by this Court (Dkt. #13; Dkt. #19; Dkt. #35), the parties shall comply with the additional dates set forth above.

DATED this 14th day of April, 2020.

*Barbara J. Rothstein*

HONORABLE BARBARA J. ROTHSTEIN
United States District Court Judge

JOINT STIPULATED MOTION AND ORDER REGARDING
ADDITIONAL PRETRIAL DEADLINES - 4
C19-998-BJR

**SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

# DECLARATION OF SERVICE

I declare that I am an employee of the Civil Division of the Snohomish County Prosecuting Attorney, and that on the 13th day of April, 2020, I caused to be delivered foregoing document on the following party by the methods indicated:

| | |
|---|---|
| Darryl Parker, WSBA #30770<br>Civil Rights Justice Center, PLLC<br>2150 N. 107th Street, Suite 520<br>Seattle, WA  98133<br>*Attorney for Plaintiff Cheryl Bair* | ☒ *E-filed via CM/ECF*<br>☐ Facsimile:<br>☐ Express Mail<br>☐ Emailed<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |
| Jennifer M. Smitrovich<br>Emory C. Wogenstahl<br>Fain Anderson VanDerhoef, Rosendahl<br>   O'Halloran Spillane, PLLC<br>701 Fifth Avenue, Suite 4750<br>Seattle, WA  98104<br>*Attorneys for Defendant Hamadi Sisawo* | ☒ *E-filed via CM/ECF*<br>☐ Facsimile:<br>☐ Express Mail<br>☐ Emailed<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 13th day of April, 2020.

                                  Cindy Ryden, Legal Assistant

JOINT STIPULATED MOTION AND ORDER REGARDING
ADDITIONAL PRETRIAL DEADLINES  - 5
C19-998-BJR

**SNOHOMISH COUNTY**
**PROSECUTING ATTORNEY - CIVIL DIVISION**
**Robert J. Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333