*The Honorable Barbara J. Rothstein*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERYL BAIR, an individual,<br><br>                      Plaintiff,<br>    vs.<br>SNOHOMISH COUNTY, et al.,<br><br>                      Defendants. | NO. C19-998-BJR<br><br>JOINT STIPULATION AND<br>ORDER DISMISSING CLAIMS AGAINST<br>DEFENDANT CHICARA CHESNEY |

COMES NOW Defendants Snohomish County, Olyntia Sewell, Jodi Martin, Taylor Jones, Robert Ogawa, Scott Lewis, Scott Warnken, and Chicara Chesney, by and through their counsel of record, Deputy Prosecuting Attorneys Katherine H. Bosch and Bridget E. Casey; and Defendant Hamadi Sisawo, by and through his counsel of record, Jennifer Smitrovich and Emory Wogenstahl; and Plaintiff, by and through her counsel of record, Darryl Parker, and stipulate to the following:

    (1) Dismissal of all Plaintiff's claims against Defendant Chicara Chesney only.

//

//

JOINT STIPULATION AND ORDER DISMISSING CLAIMS
AGAINST DEFENDANT CHICARA CHESNEY - 1
C19-998-BJR

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

1  DATED this 2nd day of October 2020.           DATED this 2nd day of October 2020.

2  FAIN ANDERSON VanDERHOEF                      ADAM CORNELL
   ROSENDAHL O'HALLORAN                          Snohomish County Prosecuting Attorney
3  SPILLANE, PLLC

4
   By: ___/s/ Emory C. Wogenstahl_____            By: ___/s/ Katherine Bosch_____
5  JENNIFER SMITROVICH, WSBA                      BRIDGET CASEY, WSBA # 30459
   #37062                                         KATHERINE BOSCH, WSBA #43122
6  EMORY C. WOGENSTAHL, WSBA                      Deputy Prosecuting Attorneys
   #53864
7                                                 *Attorney for Defendants Snohomish County,*
   *Attorneys for Defendant Hamadi Sisawo*        *Olyntia Sewell, Jodi Martin, Taylor Jones,*
8                                                 *Robert Ogawa, Scott Lewis, Scott Warnken,*
                                                  *and Chicara Chesney*
9

10 DATED this 2nd day of September, 2020.

11 CIVIL RIGHTS JUSTICE CENTER, PLLC

12

13 By: ___/s/ Darryl Parker_____
   DARRYL PARKER, WSBA #30770
14 *Attorney for Plaintiff*

15

16

17

18

19

20

21

22

23

24

25

26

27

JOINT STIPULATION AND ORDER DISMISSING CLAIMS
AGAINST DEFENDANT CHICARA CHESNEY   - 2
C19-998-BJR

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333

**ORDER**

IT IS SO ORDERED that the parties' Joint Stipulation dismissing claims against Defendant Chicara Chesney is APPROVED and GRANTED.

DATED this 2nd day of October, 2020.

_____
HONORABLE BARBARA J. ROTHSTEIN
United States District Court Judge