*The Honorable Barbara J. Rothstein*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERYL BAIR, an individual,<br><br>        Plaintiff,<br><br> vs.<br><br>SNOHOMISH COUNTY, et al.,<br><br>        Defendants. | NO. C19-998-BJR<br><br>JOINT STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANT JODI MARTIN |

  COMES NOW Defendants Snohomish County, Olyntia Sewell, Jodi Martin, Taylor Jones, Robert Ogawa, Scott Lewis, and Scott Warnken, by and through their counsel of record, Deputy Prosecuting Attorneys Katherine H. Bosch and Bridget E. Casey; and Defendant Hamadi Sisawo, by and through his counsel of record, Jennifer Smitrovich and Emory Wogenstahl; and Plaintiff, by and through her counsel of record, Darryl Parker, and stipulate to the following:

  (1) Dismissal of all Plaintiff's claims against Defendant Jodi Martin only.

//

//

//

DATED this 30th day of October, 2020.

FAIN ANDERSON VanDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC

By: /s/ Emory C. Wogenstahl
JENNIFER SMITROVICH, WSBA #37062
EMORY C. WOGENSTAHL, WSBA #53864
*Attorneys for Defendant Hamadi Sisawo*

DATED this 30th day of October, 2020.

ADAM CORNELL
Snohomish County Prosecuting Attorney

By: /s/ Katherine H. Bosch
BRIDGET CASEY, WSBA # 30459
KATHERINE BOSCH, WSBA #43122
Deputy Prosecuting Attorneys

*Attorney for Defendants Snohomish County, Olyntia Sewell, Jodi Martin, Taylor Jones, Robert Ogawa, Scott Lewis, and Scott Warnken*

DATED this 2nd day of November, 2020.

CIVIL RIGHTS JUSTICE CENTER, PLLC

By: /s/ Darryl Parker
DARRYL PARKER, WSBA #30770
*Attorney for Plaintiff*

## ORDER

IT IS SO ORDERED that the parties' Joint Stipulation dismissing all claims against Defendant Jodi Martin is APPROVED and GRANTED.

DATED this 2nd day of November, 2020.

_____
HONORABLE BARBARA J. ROTHSTEIN
United States District Court Judge