Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERYL BAIR, an individual,<br><br>                           Plaintiff,<br>vs.<br><br>SNOHOMISH COUNTY, BERLIN KOFOED, DOES I-X,<br><br>                           Defendants. | No.   C19-998-BJR<br><br>JOINT MOTION AND ORDER FOR RELIEF FROM THE DEADLINE TO SUBMIT A JOINT PROPOSED PRETRIAL SCHEDULE |

After issuing its ruling on the parties' motions for summary judgment, the Court issued an order for the parties to submit a joint proposed pretrial schedule by February 16, 2021. Dkt. 122.  In the interim, Plaintiff filed a motion for leave to take the perpetuation deposition of Scott Lewis, and Snohomish County Defendants filed a motion for a stay of proceedings pursuant to the Servicemember Civil Relief Act, requesting that trial be postponed until sometime after June of 2022 due to Sergeant Lewis's military service.  Dkt. 124, 125.  The parties have met and conferred, and Plaintiff and Defendants now jointly request the Court grant the parties relief from its deadline for the parties to submit a proposed pretrial schedule until after the court has ruled on the pending motions, as the Court's decision would render any schedule submitted by the parties inapplicable.

JOINT MOTION AND ORDER FOR RELIEF FROM DEADLINE
TO SUBMIT JOINT PRETRIAL SCHEDULE - 1
(C19-998-BJR)

Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

DATED this 16th day of February 2021.

FAIN ANDERSON VanDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC

By:    */s/ Emory C. Wogenstahl*
JENNIFER SMITROVICH, WSBA #37062
EMORY C. WOGENSTAHL, WSBA #53864

*Attorneys for Defendant Hamadi Sisawo*

DATED this 16th day of February 2021.

CIVIL RIGHTS JUSTICE CENTER, PLLC

By:    */s/ Darryl Parker*
DARRYL PARKER, WSBA #30770

*Attorney for Plaintiff Cheryl Bair*

DATED this 16th day of February 2021.

ADAM CORNELL
Snohomish County Prosecuting Attorney

By:   */s/ Katherine Bosch*
BRIDGET CASEY, WSBA # 30459
KATHERINE BOSCH, WSBA #43122
Deputy Prosecuting Attorney

*Attorneys for Defendants Snohomish County, O. Sewell, T. Jones, R. Ogawa, S. Lewis, and S. Warnken*

JOINT MOTION AND ORDER FOR RELIEF FROM DEADLINE
TO SUBMIT JOINT PRETRIAL SCHEDULE - 2
(C19-998-BJR)

**Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333

# ORDER

IT IS SO ORDERED that the parties' Joint Motion for Relief from Deadline to Submit Joint Pretrial Schedule is APPROVED and GRANTED.

DATED this 17th day of February, 2021.

_____
HONORABLE BARBARA J. ROTHSTEIN
United States District Court Judge

JOINT MOTION AND ORDER FOR RELIEF FROM DEADLINE
TO SUBMIT JOINT PRETRIAL SCHEDULE - 3
(C19-998-BJR)

Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington  98201-4060
(425)388-6330  Fax: (425)388-6333